Kevin MacMurray Esq.,
MacMurray & Associates LLC
Two Center Plaza Suite 605
Boston MA 02108
(617) 742 8161
BBO# 558192

Attorney for Petitioner

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MAYNOR ALBINO JUAREZ NIZ, | ) |
| Petitioner-Plaintiff, | ) Case No. 1:25-cv-12871-DJC |
| v. | ) |
| PATRICIA HYDE, Acting Field Office Director; TODD LYONS, Acting Director, U.S. SIRCE OWEN, Acting Director, Executive Office For Immigration Review; PAMELA BONDI, U.S. Attorney General; and KRISTI NOEM, U.S. Secretary of Homeland Security, | ) |
| Respondents-Defendants. | ) |

## MOTION TO EXPEDITE ADJUDICATION OR, IN THE ALTERNATIVE, FOR A STATUS CONFERENCE

Petitioner respectfully moves this Court to expedite adjudication of his Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, filed on October 2, 2025, which has been pending without any docket activity since October 17, 2025. Petitioner remains in immigration detention,

1

and the continued delay in adjudication prolongs the violation of his constitutional and statutory rights.

## 1. Procedural Background

- Petitioner filed the habeas petition on October 2, 2025.

- The last docket entry occurred on October 17, 2025, and no scheduling order, briefing order, or other action has been taken since that time.

- Petitioner remains in the custody of ICE at Plymouth County Correctional Facility.

## 2. Need for Prompt Judicial Action

The writ of habeas corpus is intended to be a "swift and imperative remedy in all cases of illegal restraint or confinement." *Fay v. Noia*, 372 U.S. 391, 400 (1963). Continued inaction risks rendering habeas protections "a sham if the trial courts do not act within a reasonable time." *Jones v. Shell*, 572 F.2d 1278, 1280 (8th Cir. 1978).

Federal courts—including in this District—routinely prioritize liberty-interest cases and issue expedited briefing schedules or prompt rulings when necessary. See, e.g., *Brito v. Garland*, No. 22-cv-11540 (D. Mass. 2022).

## 3. Requested Relief

Petitioner respectfully requests that the Court:

1. Issue an expedited decision on the pending habeas petition;

2. Alternatively, issue a briefing order directing Respondents to file a return / response by a date certain;

3. Alternatively, set a status conference at the Court's earliest convenience.

## 4. Conclusion

Because Petitioner's continued detention without judicial review constitutes ongoing irreparable harm, he respectfully requests prompt action from this Court.

Respectfully Submitted,

By His Attorney,

*/s/ Kevin MacMurray*
Kevin MacMurray Esq.,
MacMurray & Associates LLC
Two Center Plaza
Suite 605
Boston MA 02108
(617) 742 8161
BBO# 558192

DATED: 11/14/2025

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing document will be served on counsel for all parties through the Court's CM/ECF system.

Dated this 14th day of November, 2025.

    */s/     Kevin MacMurray*
    Kevin MacMurray